SCANNED

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Magistrate No. 2:12-mj-233-JHR |
| ) | |
| BENJAMIN LEE ) | |

## CRIMINAL COMPLAINT

I, Patrick M. Clancy, being duly sworn, state that the following is true and correct to the best of my knowledge and belief.

### COUNT ONE
### Interstate Stalking

From about April 2012, the exact date being unknown, until about September 7, 2012, in the District of Maine, and elsewhere, Defendant,

### BENJAMIN LEE

did travel in interstate or foreign commerce, from Missouri to Maine, with the intent to kill, injure, harass, or place under surveillance with intent to kill, injure, harass, or intimidate, T.L., and in the course of, or as a result of, such travel, did place T.L. in reasonable fear of the death of, or serious bodily injury to, or causes substantial emotional distress to T.L., his estranged spouse.

In violation of Title 18, United States Code, Sections 2261A(1) and 2261(b)(5).

### COUNT TWO
### Interstate Stalking

From about April 2012, the exact date being unknown, until about September 7, 2012, in the District of Maine, and elsewhere, Defendant,

### BENJAMIN LEE

did travel in interstate or foreign commerce, from Missouri to Maine, with the intent to kill, injure, harass, or place under surveillance with intent to kill, injure, harass, or intimidate, T.M., and in the course of, or as a result of, such travel, did place T.M. in reasonable fear of the death of, or serious bodily injury to, or causes substantial emotional distress to T.M., the intimate partner of T.L.

In violation of Title 18, United States Code, Sections 2261A(1) and 2261(b)(5).

I further state that I am I am a special agent with the Federal Bureau of Investigation. This Complaint is based on those facts which are set forth in my affidavit which is attached hereto and incorporated by reference.

_____
Patrick M. Clancy

Sworn to before me, and subscribed in my presence this ___4th___ day of December, 2012.

_____
United States Magistrate Judge

## AFFIDAVIT OF PATRICK M. CLANCY

1. I, Patrick M. Clancy, being duly sworn, depose and state that I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since 2004. I am currently assigned to the Portland, Maine office. I make this affidavit in support of the issuance of a criminal complaint charging Benjamin Lee with two counts of interstate stalking in violation of 18 U.S.C. § 2261A. The information contained in this affidavit is based on my personal involvement in this investigation, my training and experience, and information provided to me by other law enforcement officers. Since this affidavit is being submitted for a limited purpose, I have not included each and every fact I know concerning this investigation. Rather, I have set forth only those facts that relate to the issue of whether probable cause exists to support the issuance of the requested criminal complaint.

2. On September 7, 2012, at approximately 10:57a.m., T.L. contacted the Gray Regional Communications Center of the Maine State Police (MSP) and reported that her estranged husband, Benjamin Lee, had threatened her and that she was concerned he was coming to Maine from Missouri. Beginning at approximately 7:07p.m., T.L. made a series of calls to "911", during which she reported that Lee was presently driving past her house in a white Cadillac and that he may have a gun. Inside the home at the time were T.L.'s long-time friend, and now intimate partner, T.M., her (and Lee's) daughter, A.S., her son-in-law, and her minor grandchild. During the emergency calls, T.L. told the dispatcher, "I believe I'm being stalked by my husband, who's supposed to be in Missouri," "I can't help but panic, I know him," and "We're terrified."

3. A short time later, MSP troopers conducted a traffic stop of a white Cadillac bearing Missouri license plate CF8R7C approximately four miles from T.L. and T.M.'s home.

1

The sole occupant of the vehicle was Benjamin Lee. An investigation into Lee's conduct and travel began and is detailed below.

4. Through my interviews of, and review of statements written by, T.L., I have learned that T.L. suffered a history of physical and verbal abuse by Lee, with whom she previously resided in Missouri and with whom she shares two adult children. T.L. described being afraid of Lee for years. T.L. attempted to leave Lee several times as he attempted to control her life by threatening to harm or kill her and members of her family, as well as telling T.L., "You can't hide." Lee cut T.L. off from friends, forced her to quit jobs, and deprived her of personal money. According to T.L., Lee owns multiple weapons and has demonstrated to her his ability to use them. Lee has threatened T.L. with violent acts such as threatening to kill her and to mount her head on the wall. T.L. described the abuse as becoming worse over the past ten years as Lee became a heavy drug user. In April of 2012, T.L. left Missouri and moved to Maine without Lee knowing where she was going. Since that time, T.L. has been living with T.M., who Lee has also threatened to kill recently and in the past.

5. T.L. provided me with copies of email correspondence between her and Lee, all of which I reviewed. Lee sent T.L. several emails from the email address btalee@hotmail.com in May of 2012. Records from Microsoft reveal that the subscriber of the email account btalee@hotmail.com is Ben Lee of Missouri. I have reviewed this e-mail correspondence and located several emails from T.L. to Lee in which she expressed her desire for him to leave her alone after she left Missouri. For example, via e-mail sent April 22, 2012, T.L. wrote to Lee, "I am not going to tell you where I am as I don't feel it is your business any longer." Via e-mail sent April 26, 2012, T.L. wrote to Lee, "You have to let me go. I can't come back." Via e-mail sent May 9, 2012, T.L. wrote to Lee, "I just want to be left alone." Additionally, T.L. reported to

me that she had a telephone conversation with Lee in which she told him to leave her alone and that she was not coming back to him. During that conversation, which my investigation reveals likely occurred in May 2012, T.L. told Lee that she would defend herself if needed, and in reply Lee asked her what she meant. T.L. responded she would shoot Lee if she had to, to protect herself from him. Lee reportedly replied, "Now you're gonna kill me?" and accused T.L. of threatening him.

6. While not all of the emails sent to T.L. by Lee include threats, I located several emails in which Lee communicated threats to harm and/or kill T.L. and her paramour, T.M. Via an e-mail sent May 17, 2012, Lee wrote to T.L.:

> AIM WELL I DO AND AS YOU HAVE SEEN I DONT MISS JUST START WHAT YOU REALLY WANT TO START BECAUSE I WONT BE THREATENED BY YOU OR ANY OTHER CUNT GET YOUR MOM AND EVERY ONE READY YOU WANT TO CALL THE GATES OF HELL I WILL GIVE UP LIVING WHEN IT STARTS BUT YOU START IT AND I WILL FINISH IT...
>
> IF I HUNT YOU DOWN THERE WILL BE NO TERMS, YOU SURE YOU WANT TO CALL ME NAMES AND THREATEN ME I DONT THINK YOUR WORTH FINDING NOW BUR FUCK WITH ME AND I WILL DO IT I PROMISE

Via several e-mails sent May 18, 2012, Lee wrote to T.L.:

> LIKE YOU SAID THE KIDS DONT NEED US ANY MORE AND FUCK IT YOU LEFT SO CAN I YOU REALLY WANT TO SEE WHAT YOU PUSHED ME TO STICK AROUND YOU WILL FEEL THIS I PROMISE
>
> also for the first time you want to kill me i will be ready to die when i see you and i will also be ready to kill i suggest you be ready
>
> I love you baby in fact i am ready to die with you if you push me any more threats or abuse
>
> i have no scedule i can wait for ever and if i decide i needd to come out there i will see things through

3

Via several e-mails sent May 19, 2012, Lee wrote to T.L.:

> perhaps i will come down there and fuck the shit out of you somemore and take you back
>
> tell tim when i get there i am going to fuck his bitch ass too
>
> i am evan sorry i had kids with you because now the will be alone
>
> its over bitch i will take mine

7. I have interviewed and reviewed statements of Lee's sister, S.L., who, over several weeks during July and August of 2012, heard Lee say he was going to travel to Maine and kill T.L. and T.M. After communicating these threats to S.L., Lee went "missing" as far as his family members knew. In early September 2012, after learning that the rest of Lee's family had not heard from Lee, S.L. telephoned T.L. and told her that Lee may be traveling to Maine to harm T.L. and T.M.

8. MSP and York County Sheriff's Office personnel interacted with Lee during the September 7, 2012 stop and learned the following: Lee advised he drove straight from Missouri to Limerick, Maine in order to re-connect with T.L. and their daughter, A.S. Lee admitted to having driven by T.L.'s residence and to having taken a photograph of her residence. Though Lee initially advised that T.L. was aware of his plans to travel to Maine, Lee later admitted to the officers that T.L. did not know he was traveling to Maine. Lee researched some real estate websites which he has special access to in order to find T.L.'s residence in Limerick. Upon finding what he believed to be the residence, Lee researched the layout of the house, claiming to already be familiar with the blueprints of the house. Lee admitted driving by the house before backing into the Peppermill Restaurant in Limerick, which would, according to one of the officers, afford Lee visibility of T.L.'s house.

9. Discovered during a consent search of the Cadillac operated by Lee were the following items: five firearms (and over 200 rounds of assorted ammunition matching the caliber of the firearms), a machete, a bayonet, a folding knife, handcuffs, duct tape, packing tape, rubber gloves, camouflage face paint, a map of Maine with Limerick circled in pen[1], a roll of plastic trash bags, and a roll of plastic sheeting. Found during the execution of a subsequent federal search warrant for the Cadillac was a digital camera containing a photograph of T.L. and T.M.'s residence (stamped "6:26p.m."), an approximate 10 gallon, empty cooler, and a sleeping bag.

10. As part of my investigation, I obtained a type-written note turned over to law enforcement which was addressed to T.L. and Lee's son, A.L., which contains the hand-written signature "Dad," which was located at Lee's Missouri residence after Lee's departure for Maine. I have reviewed the note, which contains the following wording; "A., Son if you are reading this than I am sorry, I am probably either dead or not with you any longer."

11. I have interviewed and reviewed statements of D.P., a long-time friend of Lee. According to D.P., during a telephone conversation with Lee, approximately two weeks after T.L. fled Missouri, Lee threatened to track down and kill T.L. and T.M. Lee told D.P., "The bitch left me again."

12. Through interviews of T.L. and T.M., I have learned that Lee's threats and travel to Maine caused T.L. and T.M. fear and emotional distress.

---

[1] It should be noted that the town of Manchester, Maine was also circled in pencil.

5

Based on the facts set forth above, I request that the Court issue a criminal complaint charging Benjamin Lee with the offenses of interstate stalking in violation of 18 U.S.C. § 2261A.

Patrick M. Clancy
Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence this 4th day of December, 2012.

United States Magistrate Judge