To whom it may Concern
I'm the mother of Ben Lee
it is my Concern Ben needs
to be able to see me
I'm 81 Come Feb & the only
way I can see him if you
put him in a Facility near
my home.
The Closest one is Springfield MO
Federal Medical Center.
I believe he needs help &
it's very important he gets
support from his family.
& I can drive to see him.
please Consider this as I am
getting older & I need to see
that the he is getting the Care
he need, & it's getting hard
for me to travel long way &
I haven't seen him for over
a year.

Sincerely
Florence Walker

My Husband Herb Walker Ben Step Father
says he will do all in his power
To help Ben.

Friday, October 4, 2013

To, U.S. District Court for the District of Main

Dear Sir.

I am wrighting this letter on behalf of my brother, (Benjiman Lee) to ask you for your behalf, to let you know that Ben needs help + a lot of care, I think, since his break up with his X wife - Tauny Lee; we really feel like he needs to go where he can get mental re hab care for his own good, And be put somewhere closer so he can see his mother + family, for some love and the hope he will get better about all of his problems. We all live in KS, + Mo.

Thank you For reading my letter

Verna Huntley

To whom It may Concern

Im writing you about my Brother Ben lee's Situation!

Judge we're all hoping Ben will be sent to a facility close by us, we want to visit & offer moral support!

I know Ben has Always been a good man & Father to his wife & kids, Also that he worked day & night many times to pay the Bills. His family always had new homes & Cars & anthing they wanted It seemed like to me!

I also know he's been hurt for a long time and taking lots of medication for his situation, So I ask again please send him close by us All, So we can visit & Love him!

Thank you for your time

Allen Lee
(Brother)

Sunday, October 06, 2013

To whom it may concern,

I am the sister of Benjamin Lee. He was convicted of Inter-state stalking and the family has been told that we could express our concerns for him. I feel that he needs help. A great deal of the help he needs is medical. I would like to request that you consider placing him at the Federal Medical Center in Springfield, MO.

Family support is the best kind of support that can be given, where there is love there is also hope. He is the youngest of our family. His mother loves him very much but she cannot travel. His mother is 80 and has been through some health issues that prevent her from traveling long distances. His older sister and his only brother have also been ill and unable to travel long distances. (They are both disabled) The above mentioned three people are very dedicated to my brother Benjamin. Their support would be paramount in providing hope and comfort to Benjamin.

I tell you these things so that you will understand the need of the family to have Benjamin placed in a facility that is close enough to them, that they will be able to visit him. Otherwise he will have no visitation with the family and my mother may die having never seen him again.

It is my belief that he would benefit from having people who care about him visit. The family members I mentioned all live within 100 miles of the Federal Medical Center in Springfield Missouri.

With this letter, I am requesting your consideration in this matter. Please put him near his mother, she cries all the time and fears that she will die and never see him again.

Kind regards,

Stella Lee